# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REMOTE IMAGING SOLUTIONS LLC,<br><br>Plaintiff,<br><br>v.<br><br>DJI TECHNOLOGY, INC.,<br><br>Defendant. | No. 2:19-cv-02670-JAK-AFM<br><br>**ORDER RE STIPULATION OF DISMISSAL (DKT. 67)** |

Based on a review of the parties' Stipulation of Dismissal (the "Stipulation" (Dkt. 67)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED.** Pursuant to Federal Rule of Civil Procedure 41(a) and (c), the above-captioned civil action is dismissed in its entirety, with prejudice, with each party bearing its own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated: August 24, 2021

_____
John A. Kronstadt
United States District Judge